# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00599-CR

**Timothy Colt Castleberry, Appellant**

**v.**

**The State of Texas, Appellee**

## FROM THE DISTRICT COURT OF BELL COUNTY, 264TH JUDICIAL DISTRICT
## NO. 71051, HONORABLE MARTHA J. TRUDO, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Timothy Colt Castleberry seeks to appeal from a judgment of conviction for sexual abuse of a child. *See* Tex. Penal Code § 21.02. The district court imposed sentence on October 8, 2013, and because no motion for new trial was filed, the deadline for Castleberry to perfect his appeal was November 7, 2013. *See* Tex. R. App. P. 26.2 (a)(2). However, Castleberry did not file his notice of appeal with the trial court until September 2, 2014. *See id*. R. 25.1 (providing that appeal is perfected when notice is filed with trial court clerk). Because Castleberry did not timely file his notice of appeal, we lack jurisdiction to dispose of his attempted appeal in any manner other than dismissing it for want of jurisdiction. *See Castillo v. State*, 369 S.W.2d 196, 198 (Tex. Crim. App. 2012).

_____

Scott K. Field, Justice

Before Chief Justice Rose, Justices Goodwin and Field

Dismissed for Want of Jurisdiction

Filed:   April 23, 2015

Do Not Publish